```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KAREN A. ESCOBAR
    MARLON COBAR
 3  Assistant U.S. Attorneys
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```



FILED
AUG 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09MJ00202 SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT AND PROPOSED ORDER |
| ARTURO LEMUS SALDANA, | ) | |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 19, 2009            Respectfully submitted,

                                  LAWRENCE G. BROWN
                                  United States Attorney

                              By: /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

So ordered,

DATED: 8/19/08                    _____
                                  SANDRA M. SNYDER
                                  U.S. Magistrate Judge

1